# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: Fromwiller, Eric § Case No. 811-77936
      Fromwiller, Kathleen §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 07, 2011. The undersigned trustee was appointed on November 07, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ 10,911.84

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9.77 |
| Bank service fees | 246.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 434.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] $ | 10,221.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/19/2012 and the deadline for filing governmental claims was 05/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,797.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,797.78, for a total compensation of $1,797.78.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.44, for total expenses of $38.44.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/05/2013        By: /s/Marc A. Pergament
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 811-77936  
**Case Name:** Fromwiller, Eric  
Fromwiller, Kathleen  
**Period Ending:** 06/05/13  

**Trustee:** (521140) Marc A. Pergament  
**Filed (f) or Converted (c):** 11/07/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 03/19/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 390,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 20.00 | 0.00 | | 1,817.84 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | FURS AND JEWELRY | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2000 HONDA ACCORD | 3,475.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 TOYOTA HIGHLANDER | 4,000.00 | Unknown | | 6,000.00 | FA |
| 10 | 2009 KAWASAKI ZX14 | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | TAX REFUNDS (u) | 0.00 | Unknown | | 3,094.00 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$414,555.00** | **$0.00** | | **$10,911.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    June 5, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 811-77936  
**Case Name:** Fromwiller, Eric  
               Fromwiller, Kathleen  
**Taxpayer ID #:** **-***7400  
**Period Ending:** 06/05/13

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******37-66 - Checking Account  
**Blanket Bond:** $13,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #1; 2002 Toyota Highlander | 1129-000 | 300.00 | | 300.00 |
| 05/10/12 | {11} | Kathleen Fromwiller | Tax Refunds | 1224-000 | 3,094.00 | | 3,394.00 |
| 05/16/12 | 101 | Eric and Kathleen Fromwiller | Return of exempt portion of tax refunds | 8100-002 | | 434.00 | 2,960.00 |
| 05/29/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #2; 2002 Toyota Highlander | 1129-000 | 300.00 | | 3,260.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,235.00 |
| 06/01/12 | {3} | Kathleen Fromwiller | Bank accounts | 1129-000 | 1,817.84 | | 5,052.84 |
| 06/27/12 | {9} | Eric Fromwiller | Acct #1; Payment #3; 2002 Toyota Highlander | 1129-000 | 300.00 | | 5,352.84 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,327.84 |
| 07/30/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #4; 2002 Toyota Highlander | 1129-000 | 300.00 | | 5,627.84 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,602.84 |
| 08/30/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #5; 2002 Toyota Highlander | 1129-000 | 300.00 | | 5,902.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,877.84 |
| 09/28/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #6; 2002 Toyota Highlander | 1129-000 | 300.00 | | 6,177.84 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,152.84 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,127.84 |
| 11/05/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #7; 2002 Toyota Highlander | 1129-000 | 300.00 | | 6,427.84 |
| 11/21/12 | {9} | Eric and Kathy Fromwiller | Acct #1; Payment #8; 2002 Toyota Highlander | 1129-000 | 300.00 | | 6,727.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,702.84 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052114088 20121213 | 9999-000 | | 6,702.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,311.84 | 7,311.84 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,702.84 | |
| | | | **Subtotal** | | **7,311.84** | **609.00** | |
| | | | Less: Payments to Debtors | | | 434.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,311.84** | **$175.00** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 811-77936  
**Case Name:** Fromwiller, Eric  
Fromwiller, Kathleen  
**Taxpayer ID #:** **-***7400  
**Period Ending:** 06/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****592666 - Checking Account  
**Blanket Bond:** $13,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,702.84 | | 6,702.84 |
| 12/21/12 | {9} | Kathy and Eric Fromwiller | Acct #1; Payment #9; 2002 Toyota Highlander | 1129-000 | 300.00 | | 7,002.84 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,992.84 |
| 01/03/13 | 10102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2013 FOR CASE #811-77936, Bond # 016027942, Term: 01/01/13 to 01/01/14 | 2300-000 | | 9.77 | 6,983.07 |
| 01/18/13 | {9} | Eric and Kathy Fromwiller | Acct #1; Payment #10; 2002 Toyota Highlander | 1129-000 | 300.00 | | 7,283.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.17 | 7,271.90 |
| 02/21/13 | {9} | Eric and Kathy Fromwiller | Acct #1; Payment #11; 2002 Toyota Highlander | 1129-000 | 300.00 | | 7,571.90 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,561.90 |
| 03/18/13 | {9} | Eric and Kathy Fromwiller | Acct #1; Payment #12; 2002 Toyota Highlander | 1129-000 | 300.00 | | 7,861.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.64 | 7,851.26 |
| 04/10/13 | {9} | Eric Fromwiller | Acct #1; Payment #13; 2002 Toyota Highlander | 1129-000 | 400.00 | | 8,251.26 |
| 04/10/13 | {9} | Eric Fromwiller | Acct #1; Payment #13; 2002 Toyota Highlander | 1129-000 | 1,000.00 | | 9,251.26 |
| 04/10/13 | {9} | Eric Fromwiller | Acct #1; Payment #13; 2004 Toyota Highlander | 1129-000 | 1,000.00 | | 10,251.26 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 10,237.15 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.21 | 10,221.94 |
| | | | **ACCOUNT TOTALS** | | **10,302.84** | **80.90** | **$10,221.94** |
| | | | Less: Bank Transfers | | 6,702.84 | 0.00 | |
| | | | **Subtotal** | | **3,600.00** | **80.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,600.00** | **$80.90** | |

{} Asset reference(s)

Printed: 06/05/2013 02:21 PM    V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 811-77936  
**Case Name:** Fromwiller, Eric  
Fromwiller, Kathleen  
**Taxpayer ID #:** **-***7400  
**Period Ending:** 06/05/13

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****592666 - Checking Account  
**Blanket Bond:** $13,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 10,911.84  
Less Payments to Debtor : 434.00  
_____  
Net Estate : $10,477.84

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******37-66 | 7,311.84 | 175.00 | 0.00 |
| Checking # ****592666 | 3,600.00 | 80.90 | 10,221.94 |
|  | $10,911.84 | $255.90 | $10,221.94 |

{} Asset reference(s)

Printed: 06/05/2013 02:21 PM    V.13.13

Printed: 06/05/13 02:21 PM        **Claims Distribution Register**        Page: 1

**Case: 811-77936    Fromwiller, Eric**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/07/11 | 200 | Weinberg, Gross & Pergament LLP<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 2,991.50 | 2,991.50 | 0.00 | 2,991.50 | 2,991.50 |
| | 11/07/11 | 200 | Weinberg, Gross & Pergament LLP<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;3120-00   Attorney for Trustee Expenses (Trustee Firm)&gt; | 95.15 | 95.15 | 0.00 | 95.15 | 95.15 |
| | 11/07/11 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;2100-00   Trustee Compensation&gt; | 1,797.78 | 1,797.78 | 0.00 | 1,797.78 | 1,797.78 |
| | 11/07/11 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;2200-00   Trustee Expenses&gt; | 38.44 | 38.44 | 0.00 | 38.44 | 38.44 |
| | | | **Total for Priority 200:   100% Paid** | **$4,922.87** | **$4,922.87** | **$0.00** | **$4,922.87** | **$4,922.87** |
| | | | **Total for Admin Ch. 7 Claims:** | **$4,922.87** | **$4,922.87** | **$0.00** | **$4,922.87** | **$4,922.87** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/03/12 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 513.63 | 513.63 | 0.00 | 513.63 | 34.83 |
| 2 | 01/10/12 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 13,750.75 | 13,750.75 | 0.00 | 13,750.75 | 932.10 |
| 3 | 01/10/12 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,768.39 | 2,768.39 | 0.00 | 2,768.39 | 187.66 |
| 4 | 01/23/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 15,002.87 | 15,002.87 | 0.00 | 15,002.87 | 1,016.97 |

**Case: 811-77936   Fromwiller, Eric**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 01/23/12 | 610 | Valley National Bank<br>1445 Valley Rd.<br>Wayne, NJ 07470<br><7100-00   General Unsecured § 726(a)(2)> | 7,896.58 | 7,896.58 | 0.00 | 7,896.58 | 535.27 |
| 6 | 01/31/12 | 610 | Ford Motor Credit Company<br>c/o Rubin & Rothman, LLC<br>1787 Veterans Memorial Highway<br>Islandia, NY 11740<br><7100-00   General Unsecured § 726(a)(2)> | 11,316.69 | 11,316.69 | 0.00 | 11,316.69 | 767.11 |
| 7 | 01/31/12 | 610 | Ford Motor Credit Company<br>c/o Rubin & Rothman, LLC<br>1787 Veterans Memorial Highway<br>Islandia, NY 11740<br><7100-00   General Unsecured § 726(a)(2)> | 7,245.42 | 7,245.42 | 0.00 | 7,245.42 | 491.13 |
| 8 | 02/08/12 | 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 189.99 | 189.99 | 0.00 | 189.99 | 12.88 |
| 9 | 02/15/12 | 610 | NYC Department of Finance<br>59 Maiden Lane, 24th Floor<br>New York, NY 10038<br><7100-00   General Unsecured § 726(a)(2)> | 132.02 | 132.02 | 0.00 | 132.02 | 8.95 |
| 10 | 02/28/12 | 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00   General Unsecured § 726(a)(2)> | 475.82 | 475.82 | 0.00 | 475.82 | 32.25 |
| 11 | 03/15/12 | 610 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 4,981.42 | 4,981.42 | 0.00 | 4,981.42 | 337.67 |
| 12 | 03/15/12 | 610 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 11,914.01 | 11,914.01 | 0.00 | 11,914.01 | 807.59 |
| 13 | 03/19/12 | 610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 1,986.61 | 1,986.61 | 0.00 | 1,986.61 | 134.66 |
| | | | **Total for Priority 610:   6.77854% Paid** | **$78,174.20** | **$78,174.20** | **$0.00** | **$78,174.20** | **$5,299.07** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Printed: 06/05/13 02:21 PM | | | **Claims Distribution Register** | | | | Page: 3 |

**Case: 811-77936    Fromwiller, Eric**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 14 | 04/16/12 | 620 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 3,600.79 | 3,600.79 | 0.00 | 3,600.79 | 0.00 |
| | | **Priority 620:** | **0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$81,774.99** | **$81,774.99** | **$0.00** | **$81,774.99** | **$5,299.07** |
| | | | **Total for Case :** | **$86,697.86** | **$86,697.86** | **$0.00** | **$86,697.86** | **$10,221.94** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 811-77936
Case Name: Fromwiller, Eric
Trustee Name: Marc A. Pergament

| | **Balance on hand:** | **$** | **10,221.94** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 10,221.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Marc A. Pergament | 1,797.78 | 0.00 | 1,797.78 |
| Trustee, Expenses - Marc A. Pergament | 38.44 | 0.00 | 38.44 |
| Attorney for Trustee, Fees - Weinberg, Gross & Pergament LLP | 2,991.50 | 0.00 | 2,991.50 |
| Attorney for Trustee, Expenses - Weinberg, Gross & Pergament LLP | 95.15 | 0.00 | 95.15 |

| | Total to be paid for chapter 7 administration expenses: | $ | 4,922.87 |
| | Remaining balance: | $ | 5,299.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 5,299.07 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 5,299.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,174.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 513.63 | 0.00 | 34.83 |
| 2 | Capital Recovery IV LLC | 13,750.75 | 0.00 | 932.10 |
| 3 | Capital Recovery IV LLC | 2,768.39 | 0.00 | 187.66 |
| 4 | FIA CARD SERVICES, N.A. | 15,002.87 | 0.00 | 1,016.97 |
| 5 | Valley National Bank | 7,896.58 | 0.00 | 535.27 |
| 6 | Ford Motor Credit Company | 11,316.69 | 0.00 | 767.11 |
| 7 | Ford Motor Credit Company | 7,245.42 | 0.00 | 491.13 |
| 8 | Midland Funding LLC | 189.99 | 0.00 | 12.88 |
| 9 | NYC Department of Finance | 132.02 | 0.00 | 8.95 |
| 10 | Citibank, N.A. | 475.82 | 0.00 | 32.25 |
| 11 | State Farm Bank | 4,981.42 | 0.00 | 337.67 |
| 12 | State Farm Bank | 11,914.01 | 0.00 | 807.59 |
| 13 | eCAST Settlement Corporation | 1,986.61 | 0.00 | 134.66 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 5,299.07 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 3,600.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Citibank, N.A. | 3,600.79 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**